# EXHIBIT "B"

STATE OF FLORIDA           *
                           *           AFFIDAVIT
COUNTY OF Broward          *


On this day appeared before me Alvaro Wong who being duly sworn upon his oath stated as follows:

"My name is Alvaro Wong. I am over the age of 21 and have personal knowledge of the facts contained herein.


Re: Celeritech Lawsuit

I am the acting CFO of Atypical Digital, and I swear and affirm that I have never received any correspondence of service for the lawsuit between SuperStar Holdings and Celeritech. Additionally, I have questioned our staff in our Florida office and no correspondence has been received at our Florida office regarding the lawsuit mentioned. Additionally, I have received copies of several emails that were sent or copied to me from Rodrigo Da Silva attorney to Celeritech and they have all been properly received and have been sent to the same address which reads: 1185 6th Ave., 3rd floor, New York, NY 10036. Attached is a former demand letter Mr. Da Silva sent via email and certified mail to that address. I have no knowledge of the address they claim to have served.

_____
Alvaro Wong


SUBSCRIBED AND SWORN to before me on this the __17th__ day of __July__, 2024, to certify which witness my hand and seal of office.


VICTOR RODRIGUEZ
MY COMMISSION # HH 486726
EXPIRES: January 30, 2028

_____
Notary Public in and for
The State of Florida