# Sworn Affidavit of Funds

"My name is Alvaro Wong. I am over the age of 21 and have personal knowledge of the facts contained herein.

Re: Wells Fargo Garnishment

I am the acting CFO of Atypical Digital, and I swear and affirm that funds garnished from our Wells Fargo account had been sent to our partner bank (United Capital Funding) who provides factoring for our company. These funds were to be used for payroll which is now in jeopardy of default because these funds were reversed. We processed a ACH transfer to our partner bank subsequentially Wells Fargo reversed the transaction due to a legal order.

_____  7/23/24
Alvaro Wong