# EXHIBIT "1"

## SUPPLEMENTAL DECLARATION OF ALVARO WONG

I, ALVARO WONG, solemnly swear and affirm under penalty of perjury, as follows:

1. I am the acting CFO of Superstar Holdings, Inc. ("Superstar").

2. I submit this supplemental declaration in connection with Superstar's motion to vacate the default judgment in the action brought by Celeritech International, in the United States District Court for the Southern District of Florida, Miami Division, Case No.: 24-cv-20836-JLK.

3. I affirm that I have never received service of the summons and complaint as stated in my previous affidavit but would like to add that I was also never aware of a pending lawsuit until Attorney James Black II notified us that he had received a communication from Attorney da Silva to that effect.

4. Eunice Hendrickson, Superstar's Director of Finance, has submitted her declaration that she never received service of the summons and complaint. I have double checked with her for clarification and she confirms the statements in her declaration.

5. With regards to the CSA document that was signed I can confirm that there is no exhibit A that was ever prepared, much less signed.

6. Additionally, due to my capacity and role I can attest that the plaintiff has never provided any reports on work progress, nor have I nor the company accepted any services from the Plaintiff. Needless to say, since there were no services delivered, the issue of meeting Superstar's quality standards never arose.

7. I confirm that I received an email from the plaintiff with invoices attached and the very same day with a copy to their HR, finance and executive team. I responded that those invoices were incorrect, and I questioned what they were for. Both emails were received and sent on 09/06/22.

8. My email communications with Celeritech were in Spanish. The literal translation of my email from the Spanish is: "You can cancel these invoices, the amounts are not correct, nor are the dates. What's more, I'm not sure I understand these invoices well."

9. Celeritech did not send any invoices other than the seven invoices totaling $37,500.

10. Celeritech and Superstar participated in mediation to try to resolve their disputes. Attorney James Black II represented Superstar and dealt with Attorney da Silva who represents Celeritech.

I SOLEMNLY AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE OF MY PERSONAL KNOWLEDGE.

_____
ALVARO WONG
DATED: August 2, 2024

_____
Alvaro Wong