## AFFIDAVIT OF TEJUNE KANG

**BEFORE ME**, the undersigned authority, personally appeared **Tejune Kang** who after being duly sworn, on oath deposes and states the following:

1. My name is Tejune Kang, and I have personal knowledge of the facts set forth herein.

2. I am the former president and director of Superstar Holdings, Inc. I resigned my officer and director position effective December 31, 2024.

3. Defendant, Superstar Holdings, Inc. was dissolved under the laws of the incorporating state, Wyoming effective June 4, 2025.

4. I, on behalf of Defendant, Superstar Holdings, Inc. have taken the following actions in an effort to locate and obtain the information and documents called for in the Fact Information Sheet:

    a. I contacted Defendant, Superstar Holdings, Inc.'s tax preparers in an effort to secure copies of checks and financial statements for Defendant, Superstar Holdings, Inc. Superstar Holdings, Inc.'s tax preparers do not have copies of our bank statements. Additionally, Defendant, Superstar Holdings, Inc. currently owe its tax preparers fees and Defendant's tax preparers have engaged a collection agency to recover the outstanding balance.

    b. I contacted Savoy Bank, a financial institution which Defendant did business with while it was active. Savoy Bank does have copies of Defendant's bank statements. Defendant and Savoy Bank are currently involved in litigation.

    c. I contacted Defendant, Superstar Holdings, Inc.'s certified public accountant. Defendant, Superstar Holdings, Inc. owes its former CPA approximately $10,000.00 for past services, including tax preparation and financial review, and it is uncertain whether he would be willing or able to provide any documents.

    d. In December 2024 Defendant, Superstar Holdings, Inc. access to an online SharePoint system where financial records, including bank statements, were stored was terminated for non-payment. Defendant, Superstar Holdings, Inc. is no longer able to access the SharePoint system containing Defendant, Superstar Holdings, Inc.'s financial data.

    e. I contacted Defendant, Superstar Holdings, Inc.'s former in-house accountant who retained backup copies of the bank statements. I obtained her backup copies and provided them to Plaintiff's counsel on behalf of Defendant, Superstar Holdings, Inc.

5. Defendant, Superstar Holdings, Inc. is the subject of numerous claims for damages. These claims for damages are either pending or concluded and are as follows:

    a. Case No. 614763/2024 – Hanover Community Bank v. Superstar Holdings, Inc. et al (ACTIVE, Claim $4 million+)

    b. Case No. 656521/2023 – The Bostany Law Firm PLLC v. SUPERSTAR HOLDINGS, INC. et al (ACTIVE, claim $800k+)

    c. Case No. E2024011859 – Advance Service Group LLC v. Superstar Holdings Inc. (DEFAULT JUDGEMENT VACATED), claim $125k+)

    d. Case No. 450979/2025 – Workers' Compensation Board of the State of New York vs SUPERSTAR HOLDINGS INC. (DEFAULT JUDGEMENT OBTAINED)

6. Defendant, Superstar Holdings, Inc. is no longer operating effective December 2024.

7. Defendant, Superstar Holdings, Inc. has no bank accounts, sources of revenue and is otherwise unable to meet its financial obligations, including the Final Default Judgment entered against it in the instant matter.

8. Defendant, Superstar Holdings, Inc. has no source of funds to hire counsel to represent it in this or other matters.

*TEJUNE HAGUE KANG*

_____   TEJUNE KANG
Tejune Kang

STATE OF ~~FLORIDA~~ Texas
COUNTY OF __Wise__

The foregoing instrument was acknowledged before me this __10th__ day of __June__, 2025, by Tejune Kang.

(NOTARY SEAL)

*Shannara Franzel*   132662714

_____   08/27/2028
Signature of Notary Public

Shannara Franzel, ID NUMBER 132662714, COMMISSION EXPIRES August 27, 2028

Shannara Franzel
_____
Name of Notary Public

Personally Known _____   OR Produced Identification __✓__

Type of Identification Produced __ID CARD_____

Electronically signed and notarized online using the Proof platform.