UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CELERITECH INTERNATIONAL CORP., a
Florida for profit corporation,

    Plaintiff,                                     Case No.: 24-cv-20836-DPG

v.

SUPERSTAR HOLDINGS INC., a Wyoming
for profit corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO VACATE WRIT OF BODILY ATTACHMENT

**THIS CAUSE** came before the Court on non-party Tejune Kang's ("Mr. Kang") *Renewed* Motion to Vacate Writ of Bodily Attachment (the "Motion"). [ECF No. 90]. The Court, having considered the record, the relevant law, and being otherwise fully advised in the premises, finds as follows:

1. On May 5, 2025, the undersigned granted Plaintiff/Judgement Creditor Celeritech International Corp's ("Plaintiff") *Renewed* Motion for Writ of Bodily Attachment [ECF Nos. 72, 73] and issued a Writ of Bodily Attachment [ECF No. 74] as to Tejune Kang, former President, Chief Executive Officer, Director, and Secretary of Defendant SuperStar Holdings, Inc., for failure to comply with court orders.

2. On June 13, 2025, Mr. Kang moved to vacate the Writ of Bodily Attachment stating that he had since complied with the Court's Order and had turned over to Plaintiff (1) the completed Fact Information Sheet ("FIS"), (2) Superstar Holdings, Inc's tax returns for 2021, 2022, and 2023, and (3) SuperStar Holdings, Inc's bank statements for 2022, 2023 and 2024. *See* [ECF No. 81 at

3–4]. Mr. Kang also filed an affidavit detailing his efforts to complete the FIS and collect the required materials. [ECF No. 79].

3. On June 27, 2025, Plaintiff responded in opposition to Mr. Kang's Motion to Vacate indicating that the produced FIS is still incomplete, and that Mr. Kang had failed to produce three years of cancelled checks and was withholding other relevant bank statements. *See generally* [ECF No. 82].

4. On August 21, 2025, the undersigned held a hearing on Mr. Kang's Motion to Vacate the Writ of Bodily Attachment [ECF No. 88] and issued an Order Denying the motion as Plaintiff apprised the Court that Mr. Kang had yet to turn over bank statements and cancelled checks from Savoy Bank related to Defendant SuperStar Holdings, Inc., [ECF No. 89]. Moreover, while Mr. Kang had indicated he attempted to contact Savoy Bank to retrieve the bank statements, he had not produced evidence of such attempts or the bank's response. Therefore, the Court ordered Mr. Kang to either supply Plaintiff with the requisite bank statements and cancelled checks (to the extent they exist) from Savoy Bank or provide Plaintiff with evidence that such documents are not within Mr. Kang's possession, custody or control. [ECF No. 89]. Mr. Kang was further ordered to demonstrate that he had no source of funds to hire counsel to represent Defendant SuperStar Holdings, Inc. [*Id.*].

5. On September 9, 2025, Mr. Kang renewed his Motion to Vacate the Writ of Bodily Attachment indicating he has produced to Plaintiff the requested bank statements from Savoy/Hanover Bank[1] and provided evidence that he has no source of funds to hire counsel to represent the Defendant corporation. *See generally* [ECF No. 90].

---

[1] Mr. Kang indicates in his Motion that Hanover Bank has merged with Savoy Bank.

6. Plaintiff's response was due on September 23, 2025, and to date has not been filed. Therefore, the Court considers Mr. Kang's Motion to be uncontested.

Accordingly, it is hereby **ORDERED AND ADJUDGED**, as follows:

1. Mr. Kang's Renewed Motion to Vacate Writ of Bodily Attachment [ECF No. 90] is **GRANTED** and the Third Party Expedited Motion to Vacate Writ of Bodily Attachment [ECF No. 91] is **DENIED AS MOOT**.

2. The Order issuing Writ of Bodily Attachment [ECF No. 73] and Writ of Bodily Attachment [ECF No. 74] issued on May 5, 2025, as to Tejune Kang are hereby **VACATED**.

3. The Clerk is ordered to transmit a copy this Order Vacating Writ of Bodily Attachment to the United States Marshal.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 29th day of September 2025.

_____
**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc: **U.S. District Judge Darrin P. Gayles**
**All Counsel of Record**