| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Celeritech International Corp., a Florida for profit corporation | COURT CASE NUMBER<br>24-cv-20836 |
|---|---|
| DEFENDANT<br>Superstar Holdings INC., a Wyoming for profit corporation | TYPE OF PROCESS<br>Writ of Bodily Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tejune Kang
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4001 S. Ocean Drive, Apt 14R, Hollywood, FL 33019

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Rodrigo Sebastian Da Silva
Law Offices of Rodrigo S. Da Silva, PA
777 Arthur Godfrey Road Suite 402
Miami Beach, FL 33140 Tel: 305-615-1434

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin: No. 04 | District to Serve: No. 04 | Signature of Authorized USMS Deputy or Clerk | Date: 05/06/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 9-30-25   Time: 9:30 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee: $130.00 | Total Mileage Charges (including endeavors): 0.00 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

9-30-25 — Return Unexecuted
Writ Vacated via Court Order

FILED BY BM p.c.
OCT 02 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18